IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

PROGRESS RESIDENTIAL BORROWER 20, LLC,

Plaintiff,

**1:26-CV-3790**

v.

JUSTIN AMIR OSCIKOFI and All Other Occupants,

Defendant/Removing Party.

Civil Action No._____

NOTICE OF REMOVAL

Defendant Justin Amir Oscikofi, appearing pro se, files this Notice of Removal pursuant to 28 U.S.C. §§ 1443(1) and 1446, and, to the extent applicable, 28 U.S.C. §§ 1331 and 1441, and hereby removes the above-captioned dispossessory proceeding from the Magistrate Court of Fulton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, and states as follows.

## I. INTRODUCTION AND PARTIES

1. This action is a dispossessory proceeding filed in the Magistrate Court of Fulton County, Georgia (Case related to 26DD002987), by Progress Residential Borrower 20, LLC against Justin Amir Oscikofi and All Other Occupants concerning the residential premises located at 5432 The Vyne Ave, Atlanta, Fulton County, Georgia 30349 (the "Property").

2. Plaintiff seeks possession of the Property and alleges past due rent of $2,520.00 for May 2026 plus additional fees.

3. Defendant Justin Amir Oscikofi is the occupant of the Property.

## II. JURISDICTION AND VENUE

4. Defendant removes this action principally pursuant to 28 U.S.C. § 1443(1). Defendant alleges that this case arises under federal laws providing specific civil rights stated in terms of racial equality, namely 42 U.S.C. §§ 1981 and 1982, and that the denial of those rights is effected through the combined operation of Georgia's mandatory dispossessory and appellate framework.

5. Venue is proper in this District and Division because Fulton County lies within it.

## III. TIMELINESS OF REMOVAL

7. The action was filed on or about May 28, 2026. This Notice of Removal is filed within thirty (30) days of receipt and before final adjudication.

## IV. STATEMENT OF FACTS

9. Defendant Justin Amir Oscikofi is the occupant of 5432 The Vyne Ave, Atlanta, GA 30349. Plaintiff initiated this dispossessory proceeding seeking possession and alleging unpaid rent.

10. Defendant disputes the amount claimed and has defenses to the action.

11. Defendant is of limited financial means. Georgia's dispossessory framework disproportionately affects Black tenants.

## V. REMOVAL GROUNDS

Defendant removes under § 1443(1) because the denial of rights under 42 U.S.C. §§ 1981 and 1982 is manifest in Georgia's formal statutory scheme (no record in magistrate court, de novo appeal only, mandatory registry payment under O.C.G.A. § 44-7-56). This structurally prevents meaningful review before loss of housing — the category of case protected by Georgia v. Rachel.

## VI. FDCPA CLAIM

Plaintiff's collection efforts on the disputed debt violate the Fair Debt Collection Practices Act.

## VII. PRAYER FOR RELIEF

WHEREFORE, Defendant Justin Amir Oscikofi prays that this Court:

a. Accept this Notice of Removal and stay any writ of possession;

b. Require production of the lease and full accounting;

c. Award damages under FDCPA and other just relief.

Respectfully submitted this 6th day of July, 2026.

/s/ Justin Amir Oscikofi

Justin Amir Oscikofi, Pro se

5432 The Vyne Ave

Atlanta, Georgia 30349

VERIFICATION UNDER PENALTY OF PERJURY

I, Justin Amir Oscikofi, declare under penalty of perjury that the facts stated herein are true and correct.

Executed on July 6, 2026.

/s/ Justin Amir Oscikofi

**1 of 1**

File # 757686

**State Court of Fulton County**
**\*\*E-FILED\*\***
26DD002987
5/28/2026 12:58 PM
**Donald Talley, Clerk**
**Civil Division**

**STATE COURT OF FULTON COUNTY, STATE OF GEORGIA**
PROCEEDING AGAINST TENANT HOLDING OVER

Progress Residential Borrower 20, LLC

P.O. Box 451027
Atlanta, GA 31145        770-491-0522

PLAINTIFF'S NAME/ADDRESS/PHONE #/EMAIL

26DD002987

VS

Justin Amir Oscikofi, and All Other Occupants
5432 The Vyne Ave
Atlanta, GA 30349

DEFENDANT'S NAME/ADDRESS/PHONE #/EMAIL

Matthew Totten
5579 Chamblee-Dunwoody Road, Ste B-136
Dunwoody, GA 30338
mft@tottenfirm.com        (404) 892-9530

PLAINTIFF'S ATTORNEY NAME/ADDRESS/PHONE/EMAIL

1.  Defendant is in possession as tenant of premises at the address in Fulton County as stated above.

2.  Affiant is the  ( ) Owner    ( ) Attorney    (X) Agent    ( ) Tenant of the owner of said premises.

3.  Defendant  (X) fails to pay the rent which is now past due.

    ( ) holds the premises over and beyond the term for which they were rented to him.

    ( ) no longer has permission to remain in the premises.

    ( ) other grounds: _____

4.  Plaintiff desires and has demanded possession of the premises.

5.  Defendant has failed and refused to deliver possession of the premises.

WHEREFORE, Plaintiff DEMANDS:

(a)  Possession of the premises.

(b)  Past due rent of $ 2,520.00 _____ for the month(s) MAY

(c)  Rent accruing up to the date of judgment of vacancy at the rate of $ 2,520.00 _____ per Month

(d)  Other: $218.00 Court + $150.00 Late Fees + $110.90 Other Fees + $482.03 Utilities

/s/ Tejaswini Ramu

AFFIANT
770-491-0522
PHONE NUMBER

SWORN TO AND SUBSCRIBED
May        28th  2026
CLERK/NOTARY PUBLIC

O. CAMPBELL
NOTARY
EXPIRES
GEORGIA
07/12/2027
PUBLIC
DEKALB COUNTY

**SUMMONS**

TO: THE MARSHAL of the State Court of Fulton County or his lawful deputies and to the Sheriff of Fulton County or his lawful deputies.

GREETING: The tenant must file an answer at Room J1-G300, Justice Tower, 185 Shirley C. Franklin Blvd. SW, Atlanta, Georgia, 30303 between 8:30AM and 5:00PM either oral or written within seven (7) days from the date of the actual service unless the seventh day is a Saturday, a Sunday, or a Court holiday, in which case the answer may be made on the next day which is not a Saturday, a Sunday, or a Court holiday. If the answer is oral, the substance thereof shall be endorsed on the dispossessory affidavit. The answer may contain any legal or equitable defense or counterclaim; and if no valid legal or factual answer is filed, a writ of possession may be issued pursuant to O.C.G.A. § 44-7-53. If no answer is made, a writ of possession shall issue instanter. WITNESS the Honorable Chief Judge of said Court. The above affidavit was sworn to and subscribed before the undersigned Deputy Clerk by affiant as provided by O.C.G.A. 44-7-50 and summons issues pursuant thereto.

5/28/2026 12:58 PM

This _____ day of _____, 20____.

/s/ Verneta Tolbert-Shepherd
DEPUTY CLERK

**MARSHAL ENTRY OF SERVICE**

I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of same: ( ) Personally ( ) Notoriously on an individual residing at the premises (name of person served) _____ ( ) By posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed after attempting personal service. Said copy containing notice to the Defendant(s) to answer at the hour and place in said summons.

DATE OF SERVICE the _____ day of _____, 20____, _____ D.M.
DEFENDANT TO ANSWER ON OR BEFORE the _____ day of _____, 20____

**WRIT OF POSSESSION**

You are hereby commanded to remove said Defendant(s) together with his property therein from said house and premises and to deliver full and quiet possession of same to Plaintiff herein. This the _____ day of _____, 20____.

_____ Judge        _____/_____/_____ Per Order Dated        _____ Deputy Marshal

TENANT: ( ) VACATED  ( ) EJECTED  ( ) SETTLED W/ PLANTIFF  ( ) HELD UP  ( ) LABOR   DATED: _____/_____/_____