UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PROGRESS RESIDENTIAL BORROWER 20, LLC,

Plaintiff,

v.

JUSTIN AMIR OSCIKOFI,

Defendant.

CIVIL ACTION NO.
1:26-CV-03790-JPB

**ORDER ADOPTING FINAL REPORT AND RECOMMENDATION**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation [Doc. 3]. No objections have been filed. This Court finds as follows:

Absent objection, a district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Because no objections have been filed, and in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Final Report and Recommendation for clear error and finds none.

Accordingly, the Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 3] as the judgment of the Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, this action is **REMANDED** to the Magistrate Court of Fulton County, Georgia. The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this 26th day of August, 2026.

**J. P. BOULEE**
United States District Judge