| | |
|---|---|
| **From:** | no-reply@efilingmail.tylertech.cloud |
| **To:** | Gayle Ward |
| **Subject:** | Filing Submitted for Case: 26DD002987; Progress Residential Borrower 20, LLCvs.Justin Oscikofi; Envelope Number: 22748166 |
| **Date:** | Wednesday, August 26, 2026 2:51:32 PM |

CAUTION - EXTERNAL:

# Filing Submitted

Envelope Number: 22748166
Case Number: 26DD002987
Case Style: Progress Residential Borrower 20, LLCvs.Justin Oscikofi

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

| Filing Details | |
|---|---|
| **Court** | Fulton State Court |
| **Date/Time Submitted** | 8/26/2026 2:50 PM EST |
| **Filing Type** | Notice |
| **Filing Description** | Certified Order of Remand from United States District Court, Northern GA |
| **Type of Filing** | EFile |
| **Filed By** | Gayle Ward |
| **Filing Attorney** | Kevin Weimer |

**Fee Details**

Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay.

If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days).

| | |
|---|---|
| Waiver Selected | |
| Case Fees | $0.00 |
| Notice | $0.00 |
| Grand Total | $0.00 |

**Total:**$0.00

| Document Details | |
|---|---|
| **Lead Document** | 8-26-26 Order 26-CV-03790 certified.pdf |
| **Lead Document Page Count** | 2 |
| **File Copy** | Download Document |
| This link is active for 180 days. | |

For technical assistance, contact your service provider

Need Help?
Help

No Lawyer? Start Here
Visit:
https://georgia.tylertech.cloud/ofsweb
Email:efiling.support@tylertech.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Please do not reply to this email. It was automatically generated.